Mark S. Levy * #
John W. Baldante #
Lawrence D. Finney ✝
Martin G. Rubenstein
Jack S. Cohen #
R. Erick Chizmar # ¥
Theresa S. Corson #
Mark R. Cohen #
Kyle J. Keller #
Adam C. Davis #

\* *Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
✝ *National Board of Trial Advocacy Certified Civil Trial Attorney*
\# *Also Member of New Jersey Bar*
¥ *Also Member of New York Bar*

# Levy Baldante Finney Rubenstein Cohen & Chizmar P.C.

Attorneys at Law

1616 Walnut Street
5th Floor
Philadelphia, PA 19103

215-735-1616
800-601-1616
Fax: 215-545-2642
www.levybaldante.com

100 High Street
Suite 101
Mount Holly, NJ 08060

Of Counsel
John A. Sweeney

RECEIVED
FEB - 1 2010
CHAMBERS OF
JUDGE CAPUTO

January 28, 2010

Honorable A. Richard Caputo
United States District Court
Middle District of Pennsylvania
Max Rosen United States Courthouse
197 South Main Street, Suite 235
Wilkes-Barre, PA 18701

> **RE: SF, by and through her parents and natural guardian, MATTHEW FREEMAN and KAREN FREEMAN v. DELAWARE VALLEY SCHOOL DISTRICT, ET AL**
> **CIVIL ACTION NO. 3:CV-08-0581**

Dear Judge Caputo:

I am pleased to report that the above-referenced matter has resolved amicably between the parties.

We would request Your Honor issue a 30 day Order of Dismissal.

Thank you.

Respectfully,

JACK S. COHEN

JSC/edb
cc:  Robin Synder, Esquire
     Ellis H. Katz, Esquire